**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Toribio MORENO-FIERRO, Defendant-Appellant.**

**No. 15-10565**

United States Court of Appeals, Ninth Circuit.

Submitted November 4, 2016 *

Filed November 08, 2016

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

Toribio Moreno-Fierro, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

## MEMORANDUM **

Toribio Moreno-Fierro appeals from the district court's judgment and challenges his conviction and 33-month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moreno-Fierro's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moreno-Fierro the opportunity to file a pro se supplemental brief. No pro se

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

supplemental brief or answering brief has been filed.

Moreno-Fierro has waived his right to appeal. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.